JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SERBANTEZ,<br><br>           Petitioner,<br><br>           vs.<br><br>NEIL MCDOWELL, Acting Warden,<br><br>           Respondent. | Case No. CV 14-05130-GW (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: July 15, 2016

                                                  GEORGE H. WU<br>
                                                  UNITED STATES DISTRICT JUDGE